UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOUGHER INDUSTRIES ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> N.B. KENNEY CO., INC.; ARCH INSURANCE COMPANY; CTA CONSTRUCTION CO., INC.; HMFH ARCHITECTS, INC.; and GARCIA GALUSKA & DESOUSA, INC., <br><br> Defendants, <br><br> v. <br><br> BERLIN-BOYLSTON REGIONAL SCHOOL DISTRICT and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Third-Party Defendants. | Civil Action No. 13-cv-12567-IT |

ORDER

August 14, 2015

TALWANI, D.J.

The court held a status conference in the above captioned matter on August 13, 2015. As set forth at the status conference, the court adopts the following scheduling order:

1. CTA Construction Co., Inc. ("CTA") may file a motion to dismiss for lack of subject matter jurisdiction no later than August 20, 2015. N.B. Kenney Co., Inc. ("N.B. Kenney") may file any response to the motion to dismiss no later than September 3, 2015.

2. N.B. Kenney may file a motion to enforce a settlement agreement, no later than August 20, 2015.  CTA may file any response to the motion to enforce no later than September 3, 2015.

IT IS SO ORDERED.

Date:  August 14, 2015                              /s/ Indira Talwani
                                                    United States District Judge